**Dismissed and Memorandum Opinion filed August 30, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00461-CV

**LEE EDWARD SINGLETON, Appellant**

**V.**

**ADRIAN MCGOWAN, Appellee**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1078025**

## M E M O R A N D U M   O P I N I O N

The underlying case in County Court at Law No. 3 is an appeal of an order of the Justice Court of Harris County, Precinct 7, Place 2, regarding a writ of possession. *See* Tex. Prop. Code Ann. § 24.004; Tex. R. Civ. P. 506. On June 6, 2016, the presiding judge of County Court at Law No. 3 signed an order sustaining the contest to appellant's affidavit of indigence and stating appellant is not entitled to proceed as indigent in the County Court at Law No. 3 case. The same day, appellant filed a notice of appeal of that order, which resulted in the instant appeal.

The June 6, 2016, order is not a final judgment. Generally, appeals may be taken only from final judgments. *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The notice of appeal does not identify a statutory exception allowing an interlocutory appeal from an order of this sort, and we are not aware of any such exception.

On August 8, 2016, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Christopher.